IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN P. O'CONNELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DR. C. CHEN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　／ | 1:12-cv-01403 GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 27, 2012, together with a *declaration in support of his application* to proceed in forma pauperis and a certified copy of his prison trust account statement. (Docs. 1, 2.) However, Plaintiff did not file the *application* to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Plaintiff is not required to submit another copy of his prison trust account statement.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 30, 2012**　　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE